UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID BOLTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 2-08CV-209-J |
| LOUISVILLE LADDER, INC. f/k/a | § | |
| LOUISVILLE LADDER GROUP, LLC, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT, LOUISVILLE LADDER, INC.'S MOTION
### TO EXCLUDE THE TESTIMONY OF STANLEY KISKA

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Louisville Ladder, Inc. ("Louisville Ladder") which respectfully submits this Motion to Exclude the Testimony of Stanley A. Kiska, P.E. ("Kiska"), the liability expert designated by Plaintiff, David Bolton**.** As discussed more fully in the accompanying Brief in Support, Plaintiff has failed to establish that Kiska's testimony meets the requisite standard of reliability necessary for expert testimony to be admissible.

Respectfully submitted:

*/s/ Francis H. Brown, III, Esq.*
Francis H. Brown, III
fbrown@frilot.com
(Tx. Bar # 24026662; and La. Bar #16831)
Eugene Terk
eterk@frilot.com
(Tx. Bar # 24028037; and La. Bar #28834)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone:  (504) 599-8012
Facsimile:  (504) 599-8112

- and -

RUSSELL J. BAILEY (Tx. Bar #01536500)
COURTNEY, COUNTISS, BRIAN & BAILEY, LLP
1700 Chase Tower (79101)
P.O. Box 9238
Amarillo, TX  79105-9238
Telephone:     (806) 372-5569 ex. 304
Facsimile:        (806) 372-9761
rbailey@courtneylawfirm.com

**COUNSEL FOR DEFENDANT,
LOUISVILLE LADDER, INC.**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on July 6, 2009 I conferred with John Turner, attorney for the Plaintiff (the party affected by the requested relief) regarding the foregoing motion. The foregoing motion is opposed and agreement cannot be reached due to disagreements regarding factual and legal issues relating to the testimony in this case of Stanley Kiska, the plaintiff's expert.

*/s/ Francis H. Brown, III*
Francis H. Brown, III

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John G. Turner, III
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas  79120-1656
**Counsel for Plaintiffs**                               */s/ Francis H. Brown, III*
                                                                  Francis H. Brown, III

I also hereby certify that on July 9, 2009 I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing the same in the United States Mail, properly addressed and first-class postage prepaid as follows:

John G. Turner, III
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas  79120-1656
Counsel for Plaintiffs                                       */s/ Francis H. Brown, III*
                                                                  Francis H. Brown, III