UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID BOLTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 2-08CV-209-J |
| LOUISVILLE LADDER, INC. f/k/a | § | |
| LOUISVILLE LADDER GROUP, LLC, | § | |
| | § | |
| Defendants. | § | |

**APPENDIX TO DEFENDANT, LOUISVILLE LADDER, INC.'S
BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Louisville Ladder, Inc. ("Louisville Ladder") which respectfully submits this Appendix to the Defendant's Brief In Support Of Motion To Exclude The Tesimony Of Stanley Kiska. The Appendix contains Bates numbers 001 through 243 more fully described below:

| Bates No. Range | Description |
|---|---|
| 001-043 | Report of Plaintiff's Expert Stan Kiska |
| 044 | Photograph of manufacture date of subject ladder |
| 045-128 | ANSI A14.5-200 Standard |
| 129-186 | Deposition of Stan Kiska |
| 187-196 | Deposition of Mickey Bolton |
| 197-204 | Deposition of Keith Taylor |
| 205-228 | Deposition of David Bolton |
| 229-234 | Deposition testimony excerpts of Kiska in *Walker v. Louisville Ladder, Inc.* |

| Bates No. Range | Description |
| --- | --- |
| 235 | Photograph of the subject ladder |
| 236-239 | Written Statements of Steve Meza, Terry Whittington and Corey Anglin |
| 240-241 | Deposition testimony excerpts of Mike Van Bree in *Bolton v. Louisville Ladder, Inc.* |
| 242 | DVD of Kiska video demonstration of April 2009. This exhibit is being forwarded to the Court and Plaintiff's counsel by overnight courier. |
| 243 | DVD of video deposition of David Bolton taken on February 3, 2009. This exhibit is being forwarded to the Court and Plaintiff's counsel by overnight courier. |

Respectfully submitted:

*/s/ Francis H. Brown, III, Esq.*
Francis H. Brown, III
fbrown@frilot.com
(Tx. Bar # 24026662; and La. Bar #16831)
Eugene Terk
eterk@frilot.com
(Tx. Bar # 24028037; and La. Bar #28834)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8012
Facsimile: (504) 599-8112
- and -
RUSSELL J. BAILEY (Tx. Bar #01536500 )
COURTNEY, COUNTISS, BRIAN & BAILEY, LLP
1700 Chase Tower (79101)
P.O. Box 9238
Amarillo, TX  79105-9238
Telephone:     (806) 372-5569 ex. 304
Facsimile:      (806) 372-9761
rbailey@courtneylawfirm.com

**COUNSEL FOR DEFENDANT,
LOUISVILLE LADDER, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John G. Turner, III
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas 79120-1656
***Counsel for Plaintiffs***                                             */s/ Francis H. Brown, III*
                                                                                              Francis H. Brown, III

I also hereby certify that on July 9, 2009 I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing the same in the United States Mail, properly addressed and first-class postage prepaid as follows:

John G. Turner, III
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas 79120-1656
Counsel for Plaintiffs                                                    */s/ Francis H. Brown, III*
                                                                                              Francis H. Brown, III

- 3 -