IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID BOLTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 2-08CV-209-J |
| | § | |
| LOUISVILLE LADDER, INC. f/k/a | § | |
| LOUISVILLE LADDER GROUP, LLC | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF STANLEY KISKA

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, David Bolton (Mr. Bolton"), respectfully files this Response to Defendant, Louisville Ladder Inc.'s Motion to Exclude the Testimony of Stanley Kiska. For the reasons set forth in the accompanying Brief in Support, Louisville's Motion to Exclude the Testimony of Stanley Kiska should be denied.

WHEREFORE, PREMISES CONSIDERED, Mr. Bolton respectfully requests that Defendant's Motion to Exclude the Testimony of Stanley Kiska be denied and for such and further relief to which Mr. Bolton may show himself justly entitled to.

{5245\00\00075452.DOC / 1}      1

Respectfully Submitted,
MULLIN HOARD & BROWN, L.L.P.
John G. Turner, III, TSB # 20320550
Robert R. Bell, TSB # 00787062
Sarah D. Pelley, TSB # 24058036
P.O. Box 31656
Amarillo, TX 79120-1656
(806) 372-5050
(806) 371-6230 (facsimile)

/s/ John G. Turner, III
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following.

Russell J. Bailey
COURTNEY, COUNTISS, BRIAN, & BAILEY, LLP
P.O. Box 9238
Amarillo, TX 79105-9238
Telephone: (806) 372-5569 ex. 304
Facsimile: (806) 372-9761

- and -

Francis H. Brown, III
Eugene Terk
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8012
Facsimile: (504) 599-8112

/s/   John G. Turner, III
John G. Turner, III