# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **DAVID BOLTON** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | **NO. 2-08CV-209-J** |
| **LOUISVILLE LADDER, INC. f/k/a** | § | |
| **LOUISVILLE LADDER GROUP, LLC,** | § | |
| | § | |
|     **Defendants.** | § | |

## APPENDIX IN SUPPORT OF DEFENDANT, LOUISVILLE LADDER, INC.'S REPLY BRIEF TO PLAINTIFF'S RESPONSE TO MOTION TO EXCLUDE THE TESTIMONY OF STANLEY KISKA

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Louisville Ladder, Inc. ("Louisville Ladder") which respectfully submits this Appendix in support of its Reply Brief to Plaintiff's Response to Motion to Exclude the Testimony of Stanley Kiska. Louisville Ladder submits this Appendix which contains Bates numbers 258 through 275 more fully described below:

| Bates No. Range | Description |
|---|---|
| 258 - 275 | Excerpt from the Transcript of Video Deposition of Stanley Kiska before the Honorable C. Clifford Shirley, Jr. in *Walker v. Louisville Ladder, Inc.* dated January 23, 2009. |

Respectfully submitted:


*/s/ Francis H. Brown, III, Esq.*
Francis H. Brown, III
fbrown@frilot.com
(Tx. Bar # 24026662; and La. Bar #16831)
Eugene Terk
eterk@frilot.com
(Tx. Bar # 24028037; and La. Bar #28834)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone:  (504) 599-8012
Facsimile:  (504) 599-8112

- and -

RUSSELL J. BAILEY (Tx. Bar #01536500 )
COURTNEY, COUNTISS, BRIAN & BAILEY, LLP
1700 Chase Tower (79101)
P.O. Box 9238
Amarillo, TX  79105-9238
Telephone:     (806) 372-5569 ex. 304
Facsimile:     (806) 372-9761
rbailey@courtneylawfirm.com

**COUNSEL FOR DEFENDANT,
LOUISVILLE LADDER, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John G. Turner, III
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas  79120-1656
***Counsel for Plaintiff***

        */s/ Francis H. Brown, III*
        Francis H. Brown, III, Esq.