U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 6 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| DAVID BOLTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 2-08-CV-209-J |
| LOUISVILLE LADDER, INC. f/k/a | § | |
| LOUISVILLE LADDER GROUP, LLC, | § | |
| | § | |
| Defendants. | § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

_____
FOREPERSON

Date: October __16__, 2009.

**Question 1**

Was there a design defect in the ladder in question at the time it left the possession of Louisville Ladder, Inc. that was a producing cause of the occurrence or injury in question?

Answer "Yes" or "No."

Answer: _No_

If you answered "No" to Question 1, do not answer any more questions.  The foreperson should sign and date the verdict form and return it to the Court Security Officer.  If you answered "Yes" to Question 1, proceed to answer Question 2.

**Question 2**

Did negligence, if any, of David Bolton proximately cause the occurrence or injury in question?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes" to Question 1 and "Yes" to Question 2, answer Question 3 **and**

Question 4.  If you answered "Yes" to Question 1 and "No" to Question 2, do not answer

Question 3 and proceed to Question 4.

## Question 3

Assign percentages of responsibility only to those you found caused or contributed to cause the occurrence or injury.  The percentages you find must total 100 percent.  The percentages must be expressed in whole numbers.  The percentage of responsibility attributable to a person or product is not necessarily measured by the number of acts, omissions, or product defects found.

For each person you found caused or contributed to cause the occurrence or injury, find the percentage of responsibility attributable to each:

a.   David Bolton                    _____ %

b.   Louisville Ladder, Inc.       _____ %

TOTAL            _____100_____ %

**Question 4**

What sum of money, if paid now in cash, would fairly and reasonably compensate David Bolton for his injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Do not include any amount for any condition not resulting from the occurrence in question.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of David Bolton.

     a.      Physical pain and mental anguish sustained in the past.

           Answer: _____

     b.      Physical pain and mental anguish that, in reasonable probability, David Bolton will sustain in the future.

           Answer: _____

     c.      Physical impairment and disfigurement sustained in the past.

           Answer: _____

d.   Physical impairment and disfigurement that, in reasonable probability, David

Bolton will sustain in the future.

Answer: _____