Mr. Kiska was permitted to testify as an expert witness.

*Mary Lou Robinson*
Mary Lou Robinson
United States District Judge

Date:   October 16, 2009

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 6 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Was Kiska an expert witness?

1 *Pamela Perry*
Foreman