IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| DAVID BOLTON, | § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 2:08-CV-209-J |
| LOUISVILLE LADDER, INC. f/k/a LOUISVILLE LADDER GROUP, LLC | § § § | |
| Defendant. | § § | |

## JUDGMENT

The Jury having returned a verdict for Defendant, and the Court having received and entered the Jury's verdict,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff, DAVID BOLTON, take nothing from Defendant, LOUISVILLE LADDER, INC. f/k/a LOUISVILLE LADDER GROUP, LLC.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant, LOUISVILLE LADDER, INC. f/k/a LOUISVILLE LADDER GROUP, LLC, recover its costs incurred from Plaintiff, DAVID BOLTON.

It is so ORDERED, ADJUDGED and DECREED.

Signed this 16th day of October, 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE